JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JANICE MAHALEY, | Case No. EDCV 14-00633 VAP |
| Plaintiff, | ORDER OF DISMISSAL OF ACTION WITH PREJUDICE |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; and WELLS FARGO & COMPANY DISABILITY PLAN, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation Re Dismissal of Action with Prejudice, this action shall be, and hereby is, dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

*[signature: Virginia A. Phillips]*

Dated: November 21, 2014

Hon. Virginia A. Phillips

RC1/7702364.1/RR2

ORDER OF DISMISSAL OF ACTION
CASE NO1400633 VAP